IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION


| | | |
|---|---|---|
| DARRAN O'NEAL, ET AL. | § | |
| v. | § | CIVIL ACTION NO. 6:08cv181 |
| KILGORE TEXAS POLICE DEPARTMENT, ET AL. | § | |


ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE


The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that Defendant Kilgore Texas Police Department's Motion to Dismiss (document #11) be granted and that the Kilgore Texas Police Department be dismissed from this lawsuit. No written objections have been filed. Instead, Plaintiffs filed a response on October 10, 2008 stating that they do not dispute the Magistrate Judge's finding that the Kilgore Police Department is not a separate legal entity with the capacity to sue and be sued. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that Kilgore Texas Police Department's Motion to Dismiss (document #11) is **GRANTED** and the claims against Kilgore Texas Police Department are **DISMISSED** with prejudice.

**SIGNED this 17th day of October, 2008.**


_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE