IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| DARRAN O'NEAL, ET AL. | § | |
| v. | § | CIVIL ACTION NO. 6:08cv181 |
| KILGORE TEXAS POLICE DEPT., ET AL. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that Defendant's Motion to Dismiss (document #27) be granted and that the claims against Defendant Ronnie Moore in his individual capacity be dismissed without prejudice. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that Defendant's Motion to Dismiss (document #27) is **GRANTED** and the claims against Defendant Ronnie Moore in his individual capacity are **DISMISSED** without prejudice.

**SIGNED** this 21st day of November, 2008.

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE