IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| DARRAN O'NEAL, ET AL. | § | |
| v. | § | CIVIL ACTION NO. 6:08CV181 |
| BARNEY BRADSHAW, ET AL. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that Plaintiffs' Unopposed Motion to Dismiss With Prejudice as to Defendants City of Kilgore, Texas, Chief of Police Ronnie Moore and Randy Renshaw (document #77) be granted. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that Plaintiffs' Unopposed Motion to Dismiss With Prejudice as to Defendants City of Kilgore, Texas, Chief of Police Ronnie Moore and Randy Renshaw (document #77) is **GRANTED** and the claims against Randy Renshaw, Ronnie Moore and the City of Kilgore, Texas, are hereby **DISMISSED** with prejudice.

**SIGNED** this 16th day of July, 2009.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE